IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1641-AP

PATRICIO J. REYES,

    Plaintiff,

v.

JO ANNE B. BARNHART,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Frederick W. Newall, Esq.
    730 N. Weber, #101
    Colorado Springs, Colorado  80903
    (719) 633-5211
    (719) 635-6503 (Facsimile)
    Newallfrederickw@qwest.com

    For Defendant:
    Michele M. Kelley
    Special Assistant United States Attorney

    *Mailing Address:*
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 844-0812
    (303) 844-0770 (Facsimile)
    Michele.kelley@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:** August 24, 2005

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** September 6, 2005

    **C.**    **Date Answer and Administrative Record Were Filed:** November 7, 2005

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Both parties state that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit any additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Both parties state that this case involves no unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

Neither party has any other matters to bring to the Court's attention.

## 8. PROPOSED BRIEFING SCHEDULE

    **A.**    **Plaintiff's Opening Brief Due:** January 12, 2006

    **B.**    **Defendant's Response Brief Due:** February 16, 2006

    **C.**    **Plaintiff's Reply Brief (If Any) Due:** March 7, 2006

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:**  Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:**  Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.**    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( x )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 30th day of November, 2005.

                                                BY THE COURT:

                                                S/John L. Kane
                                                U.S. DISTRICT COURT JUDGE

APPROVED:

|  | WILLAM J. LEONE<br>United States Attorney |
|---|---|
| s/ Frederick W. Newall<br>Frederick W. Newall, Esq.<br>730 N. Weber, #101<br>Colorado Springs, Colorado  80903<br>Telephone: (719) 633-5211<br>Facsimile: (719) 635-6503<br>Newallfrederickw@qwest.com<br><br>Attorney for Plaintiff | s/ Kurt J. Bohn<br>KURT J. BOHN<br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado  80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>s/ Michele M. Kelley<br>By: Michele M. Kelley<br>Special Assistant U.S. Attorney<br><br>*Mailing Address:*<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-0812<br>Facsimile: (303) 844-0770<br>michele.kelley@ssa.gov<br><br>Attorneys for Defendant |